UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LASHON DAVIS,                                                           :
:
Plaintiff,                                       :
:                     20-CV-1988 (JMF)
-v-                                      :
:                     ORDER
BOY SCOUTS OF AMERICA et al.,                                           :
:
Defendants.                                      :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 11, 2020, Defendants advised the court that "this action has been stayed" in light of pending bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware.  ECF No. 6.  No later than **December 1, 2020**, the parties shall file a joint letter describing the status of any efforts to resolve this matter as part of an overall bankruptcy resolution with the Boy Scouts of America; whether litigation is stayed pursuant to a consent order entered in the Bankruptcy Court; if so, when the stay is scheduled to expire; and whether either party believes that the Court should take any action at that time.  Unless and until the stay is lifted, the parties shall file a similar status letter every **three months thereafter**.

SO ORDERED.

Dated: November 17, 2020                    _____
New York, New York                          JESSE M. FURMAN
                                            United States District Judge