UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LASHON DAVIS, :
:
:
Plaintiff, :
: 20-CV-1988 (JMF)
-v- :
: ORDER
:
BOY SCOUTS OF AMERICA, et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's November 17, 2020 Order, ECF No. 7, beginning on December 1, 2020 **and every three months thereafter**, the parties were required to file a joint letter describing the status of any efforts to resolve this matter as part of an overall bankruptcy resolution with the Boy Scouts of America; whether litigation is stayed pursuant to a consent order entered in the Bankruptcy Court; if so, when the stay is scheduled to expire; and whether either party believes that the Court should take any action at that time.  To date, the parties are not in compliance with their obligations.  As a courtesy, the parties' deadline to file a second status letter is hereby EXTENDED, *nunc pro tunc*, to **March 12, 2021**.

      SO ORDERED.

Dated: March 5, 2021
       New York, New York
                                               JESSE M. FURMAN
                                        United States District Judge