UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LASHON DAVIS, :
:
                    Plaintiff, :
:     20-CV-1988 (JMF)
    -v- :
:          ORDER
BOY SCOUTS OF AMERICA et al., :
                    Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 2, 2021, Defendants informed the Court that the claims in this case will continue to be stayed until at least "the date of the first omnibus hearing after the Bankruptcy Court issues its decision confirming or denying confirmation of the Plan." ECF No. 16 ¶ 21. In view of the continued stay, the Court sees no reason to keep this case on its active docket. Accordingly, absent an objection from any party, the Court plans to direct the Clerk of Court to administratively close the case, subject to the right of any party to move to reopen it within 21 days of the conclusion of bankruptcy proceedings or the lifting or modification of the stay as applied to this action. (After the action is closed, the parties would no longer be required to submit a status letter every three months as stated in the Court's November 17, 2020 Order. *See* ECF No. 7.) If any party has an objection to that course of action, it shall file a letter to that effect by **December 9, 2021**. Absent an objection, the case will be administratively closed, as set forth above, without further notice.

      SO ORDERED.

Dated: December 2, 2021
       New York, New York                        _____
                                                            JESSE M. FURMAN
                                                     United States District Judge