UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LASHON DAVIS, :
:
                    Plaintiff, :
: 20-CV-1988 (JMF)
-v- :
: ORDER
BOY SCOUTS OF AMERICA et al., :
                    Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In view of the stay by reason of the bankruptcy proceedings, and pursuant to the Court's December 2, 2021 Order, *see* ECF No. 17, the above titled action is administratively closed subject to the right of either party to reopen within 21 days of the conclusion of bankruptcy proceedings, or the lifting or modification of the stay as applied to this action.

       SO ORDERED.

Dated: December 14, 2021
       New York, New York
                                                      JESSE M. FURMAN
                                                       United States District Judge